# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIESLAND FISHING COMPANY LLC,<br><br>                        Plaintiff,<br><br>  v.<br><br>BEN BROWN MAUGHAN III,<br><br>                        Defendant. | Case No. 22-cv-01797-BAS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE (ECF No. 11)** |

Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (ECF No. 11.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P.

1  41(a)(1)(B). However, the local civil rules of this district require that where, as here,
2  litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule
3  41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.
4      Having considered the parties' submission, the Court **GRANTS** the Joint Motion.
5  (ECF No. 11.) Thus, the Court **DISMISSES WITHOUT PREJUDICE** the action against
6  Defendant. The Clerk of Court is directed to close the case.
7      **IT IS SO ORDERED.**

9  **DATED: September 26, 2023**

                                  Hon. Cynthia Bashant
                                  United States District Judge